■ In the Matter of Bryan Sorby et al., Respondents, v Zoning Board of Appeals of the Town of Mount Pleasant, Appellant. [734 NYS2d 888] —In a proceeding pursuant to CPLR article 78 to review a determination of the Zoning Board of Appeals of the Town of Mount Pleasant, dated September 9, 1999, which, after a hearing, denied the petitioners' application for area variances, the appeal is from a judgment of the Supreme Court, Westchester County (Perone, J.), entered June 28, 2000, which granted the petition, annulled the determination, and directed the respondent to issue the requested variances to the petitioners.

Ordered that the judgment is affirmed, without costs or disbursements.

The record established that the relief sought by the petitioners would not produce an undesirable change in the character of the neighborhood, particularly since the majority of the homes in the area were built on substandard lots. Thus, the Zoning Board's denial of the variances was not supported by substantial evidence (see, Matter of Sasso v Osgood, 86 NY2d 374; Matter of De Sena v Board of Zoning Appeals, 45 NY2d 105). Santucci, J. P., S. Miller, Friedmann and Cozier, JJ., concur.

■ In the Matter of Donna L. Svoboda, Respondent, v Glenn M. Svoboda, Appellant. [734 NYS2d 889] —In a support proceeding pursuant to Family Court Act article 4, the father appeals from an order of the Family Court, Suffolk County (Trainor, J.), dated May 24, 2000, which denied his motion to obtain a free stenographic transcript of the proceeding in order to file objections to an order of the same court (Livrieri, H.E.), dated February 9, 2000, which granted the mother's application for leave to enter a money judgment in the sum of $10,125, representing arrears in child support.

Ordered that the appeal is dismissed, without costs or disbursements.

The father appeals from an order which denied his application to obtain a free stenographic transcript to aid in the filing of objections to the Hearing Examiner's findings. However, since the order appealed from does not involve some part of the merits of this support proceeding, it is not appealable as of right (see, CPLR 5701 [a] [2] [iv]), and we decline to grant leave to appeal. Krausman, J. P., Florio, Feuerstein and Cozier, JJ., concur.